**Electronically Filed
Supreme Court
SCPW-20-0000766
11-JAN-2021
12:13 PM
Dkt. 4 ODDP**

SCPW-20-0000766

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ERIK WILLIS, Petitioner,

vs.

THE HONORABLE KEVIN A. SOUZA, Judge of the Circuit Court of the
First Circuit, State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 1CPC-20-0000887)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AND/OR MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Erik Willis's petition for writ of habeas corpus and/or mandamus, filed on December 21, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner, who is currently seeking relief in the underlying case, fails to demonstrate that he is entitled to the requested extraordinary writ from this court at this juncture. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999); Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus and/or mandamus is denied.

DATED: Honolulu, Hawaiʻi, January 11, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

